UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED
2006 MAR 20  A 11: 13

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

**TRACY PETTIT,**

    **Plaintiff,**

v.                                            Case No. 3:05-cv-1033-J-20MCR

**DAVID A. FRYE, et al.,**

    **Defendants.**
_____/

## ORDER

It has come to the Court's attention that the Parties have reached a settlement on all claims (Doc. No. 14, filed March 14, 2006). Therefore, the case is **DISMISSED WITHOUT PREJUDICE** for <u>thirty (30) days</u>, during which the Parties may submit a stipulated form of final order should they so choose **or** provided good cause is shown, move to reopen the action. After the thirty day period, however, without further notice or order, this dismissal shall be deemed to be *with prejudice*. All pending Motions, if any, are denied as moot, and the Clerk shall close the file.

    **DONE AND ENTERED** at Jacksonville, Florida, this _16th_ day of March, 2006.

                                                       HARVEY E. SCHLESINGER
                                                       United States District Judge

**Copies to:**
Jonathan I. Rotstein, Esq.
Michael Alan Shiffman, Esq.
Steven L. Worley, Esq.
Garry Randolph, CRD